FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 13, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT P. TODD, a single person,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON; WASHINGTON STATE PATROL; MAJOR BAMBINO, Detective; TONY DOUGHTY, Detective; JERRY WALKER, Detective; SGT. JESSE REGALADO, Detective; JEFF KERSHAW, Detective and JOHN DOES,<br><br>Defendants. | No.   2:15-CV-0236-SMJ<br><br>**ORDER DISMISSING CASE** |

On June 8, 2016, the parties filed a stipulated dismissal, ECF No. 3. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

**1.** The parties' Stipulation for Voluntary Dismissal Pursuant to FED.R.CIV. PRO. 41 (a) (1) (A) (ii), **ECF No. 3**, is **GRANTED.**

**2.** All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

ORDER **-** 1

**3.** All pending motions are **DENIED AS MOOT.**

**4.** All hearings and other deadlines are **STRICKEN.**

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 13th day of June 2016.

*[signature]*

SALVADOR MENDOZA, JR.
United States District Judge

Q:\SMJ\Civil\2015\Todd v State of Washington et al-0236\order dismissing case mv docx

ORDER **-** 2